UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO: 5:13-CR-00077-BR |
| | ) | |
| TREVOR A. ROBINSON | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO: 5:13-CR-00245-BR |
| | ) | |
| FERNANDO TOLENTINO-TOLENTINO | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO: 5:13-CR-00279-BR |
| | ) | |
| ALEJANDRO HERNANDEZ-RODRIGUEZ | ) | |

ORDER

This matter is before the court on review of these proceedings prior to defendants' sentencing hearings, currently set for 5 May 2014. In each case, the defendant moves for a downward departure and/or variance on the ground that the application of U.S.S.G. § 2L1.2 yields an excessively high imprisonment range. The government is DIRECTED to file a memorandum in each case addressing this issue on or before 28 April 2014.

This 15 April 2014.

                                              W. Earl Britt
                                              Senior U.S. District Judge